SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Parvez,<br><br>    Defendants | Case No. **2:09-cv-00679-WBS-GGH**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL JUNE 20, 2009 FOR DEFENDANT MOHAMMED AHAD PARVEZ TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Mohammed Ahad Parvez, by and through their respective attorneys of record, Scott N. Johnson; James J. Kaufman, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendant Mohammed Ahad Parvez is granted an extension until June 20, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Mohammed Ahad Parvez's response will be due no later than June 20, 2009.

IT IS SO STIPULATED effective as of May 19, 2009

Dated:  May 19, 2009                    /s/James J. Kaufman _____

                                        James J. Kaufman,

                                        Attorney for Defendant

                                        Mohammed Ahad Parvez


Dated:  May 19, 2009                    /s/Scott N. Johnson _____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Mohammed Ahad Parvez shall have until June 20, 2009 to respond to complaint.

Dated: May 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE